## CLARK v. STATE
### No. 24594.

Court of Criminal Appeals of Texas.
Nov. 23, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is robbery by assault; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.